Michael A. Evans, Sherrie A. Schroder, Hammond & Shinners, St. Louis, MO, Michael Moroni, Bloomfield, MO, for Plaintiff–Appellant.

Louis J. Boyd, Dennis Donnelly, Douglas Willard King, Bryan & Cave, St. Louis, MO, for Defendants–Appellees.

Before BYE, ARNOLD, and SHEPHERD, Circuit Judges.

PER CURIAM.

James Marcum appeals the district court's [1] adverse grant of summary judgment in his Employment Retirement Income Security Act lawsuit arising from the denial of early retirement disability benefits. Upon de novo review, *see Green v. Union Sec. Ins. Co.*, 646 F.3d 1042, 1050 (8th Cir.2011), we find no basis for overturning the district court's well-reasoned determination that the adverse decision on Marcum's benefits application did not amount to an abuse of discretion, *see id.* (affirmance is warranted if the decision is reasonable, i.e., reasonable person could have reached similar decision, given evidence before plan administrator when decision was made). The district court is affirmed. *See* 8th Cir. R. 47B.

Cathy SAYLES, Plaintiff–Appellant

v.

CONTINENTAL CASUALTY COMPANY, Formerly doing business as CNA Group Benefits, Defendant–Appellee.

No. 12–1920.

United States Court of Appeals, Eighth Circuit.

Submitted: Jan. 23, 2013.

Filed: Jan. 31, 2013.

---

1. The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.

Cathy Sayles, North Kansas City, MO, pro se.

Richard Joseph Pautler, Thompson & Coburn, St. Louis, MO, for Defendant–Appellee.

Before BYE, ARNOLD, and SHEPHERD, Circuit Judges.

PER CURIAM.

Cathy Sayles appeals the district court's [1] adverse grant of summary judgment in her action under the Employment Retirement Income Security Act. Upon de novo review, *see Chorosevic v. MetLife Choices*, 600 F.3d 934, 941 (8th Cir.2010), we find no basis for reversal. The district court is affirmed. *See* 8th Cir. R. 47B.

---

1. The Honorable Howard F. Sachs, United States District Judge for the Western District of Missouri.